**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **3:22-CR-012-X** |
| | ) | |
| | ) | |
| **KWANISHA WILBURN (29)** | ) | |

## ORDER

On this day, the Court considered the Unopposed Motion to Transfer to the United States Magistrate Judge Rebecca Rutherford, filed on February 7, 2025. The Court having considered the motion, is of the opinion that the motion should be **Granted.**

It is **ORDERED** that above Defendant be transferred to the docket of United States Magistrate Judge, Rebecca Rutherford to conduct all further proceedings. All future pleading and other papers in this case shall be filed under Criminal Action Number 3:22-cr-012-BT.

Signed this 10th day of February, 2025.

Brantley Starr
UNITED STATES DISTRICT JUDGE